# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON M. SIMMERS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF CHESTER** | : | **NO. 10-0506** |
| **COUNTY PENNSYLVANIA** | : | |

## ORDER

**AND NOW,** this 22nd day of June, 2010, upon consideration of the petitioner's Rule 60(b)(6) Motion (Document No. 1), it is **ORDERED** that the motion is **DENIED.**

       /Timothy J. Savage
    TIMOTHY J. SAVAGE, J.